NUMBER 13-11-00048-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MUHAMMAD BASHIR,                                                                 Appellant,

 

                                                             v.

 

ZARGHOONA ZAHID,                                                                    Appellee.


____________________________________________________________

 

                           On
appeal from the 317th District Court 

                                     of
Jefferson County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

         Before Chief Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellant,
Muhammad Bashir, perfected an appeal from a final decree of divorce.  On February
23, 2011, the Clerk of this Court notified appellant that the clerk's record in
the above cause was originally due on January 19, 2011, and that the deputy district
clerk, Maritza Downs, had notified this Court that appellant failed to make
arrangements for payment of the clerk's record.  The Clerk of this Court
notified appellant of this defect so that steps could be taken to correct the
defect, if it could be done.  See Tex.
R. App. P. 37.3, 42.3(b),(c).  Appellant was advised that, if the defect
was not corrected within ten days from the date of receipt of this notice, the
appeal would be dismissed for want of prosecution.  

Appellant
has failed to respond to this Court=s notice.  Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION.  See Tex. R. App. P. 42.3(b), (c).        

 

PER CURIAM

Delivered and filed the

12th day of May, 2011.